**MEMO ENDORSED**



**MKC LAW GROUP**

WWW.MKCLAWGROUP.COM
LAW OFFICES OF MICHAEL K. CHONG, LLC

| NEW YORK: | FORT LEE: | HOBOKEN: |
|---|---|---|
| 1250 BROADWAY, 36TH FL. STE. 300 | 2 EXECUTIVE DRIVE, STE. 240 | 300 HUDSON STREET. STE. 10 |
| NEW YORK, NEW YORK 10001 | FORT LEE, NEW JERSEY 07024 | HOBOKEN, NEW JERSEY 07024 |
| (212) 726-1104 | (201) 947-5200 | (201) 708-6675 |
| FAX (212) 726-3104 | FAX (201) 708-6676 | FAX (201) 708-6676 |

*Please Reply to: FORT LEE*

EMAIL:
BSHERR@MKCLAWGROUP.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/12/22

October 11, 2022

*Via ECF*
Hon. Barbara C. Moses, United States Magistrate Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse

Re:   *Kaloshi et al v. West Village Oasis, Inc. et al.*, 22 CV 4593 (ALC) (BCM)

Your Honor:

This firm represents the plaintiffs in the above-referenced action. The plaintiffs, with the consent of the defendants, hereby move to adjourn the pretrial conference scheduled for October 20, 2022. There has been no such prior motion.

I request the adjournment primarily because I will be on vacation from October 17–28, 2022, and ask the Court's kind accommodation in rescheduling the conference after my return.

The parties also wish to mention that they are pursuing mediation pursuant to Judge Carter's August 26, 2022, order, and anticipate that mediation occurring in the first full week of December. Judge Carter's order also provides that the parties confer pursuant to Rule 26(f) after the mediation. An adjournment of the conference to the beginning of January 2023 would afford the parties time to confer and submit their report following mediation. If the Court prefers it, the parties certainly can complete these activities prior to the mediation to facilitate an earlier scheduling conference.

I thank the Court for its time and consideration.

Respectfully submitted,

Brandon Sherr

---

Application GRANTED. The status conference scheduled for October 20, 2022 is ADJOURNED to **January 11, 2023, at 11:00 a.m.** The parties shall file their joint status update no later than **January 4, 2023**. SO ORDERED.

Barbara Moses
United States Magistrate Judge
October 12, 2023