



*1500 Broadway, Suite 505*
*New York, New York 10036*
*212.400.0626*
*jaiello@boydlawgroup.com*

January 9, 2023

*Via ECF*
Honorable Judge Barbara C. Moses
United States District Court
Southern District of New York

**MEMO ENDORSED**

    Re:    Kaloshi, et. al. v. West Village Oasis, Inc., et. al.
              Case Number: 1:22-cv-04593-ALC-BCM

Dear Honorable Moses:

    While plaintiff's counsel did not previously advise us of their interest in requesting an adjournment of the Conference, we are amenable in consenting to such adjournment.

    If you have any questions, or require additional information, please do not hesitate to contact me.

                                                       Very truly yours,
                                                       */s/ Jacqueline Aiello*
                                                     Jacqueline Aiello, Esq.

> The conference scheduled for January 11, 2023 is ADJOURNED to **February 1, 2023 at 10:00 a.m.** The parties' joint status update letter is due no later than **January 25, 2023.** SO ORDERED.
>
> _[signature]_
> Barbara Moses
> United States Magistrate Judge
> January 9, 2023

**BOYD RICHARDS PARKER & COLONNELLI, P.L.**

| **MIAMI** | **FT. LAUDERDALE** | **TAMPA** | **WEST PALM BEACH** | **NEW YORK** |
|---|---|---|---|---|
| 100 S.E. Second Street, Suite 2600 | 1600 W. Commercial Boulevard, Suite 201 | 400 N. Ashley Drive, Suite 1150 | 824 U.S. Highway One, Suite 100 | 1500 Broadway, Suite 505 |
| Miami, Florida 33131 | Fort Lauderdale, Florida 33302 | Tampa, Florida 33602 | North Palm Beach, Florida 33408 | New York, New York 10036 |
| Tel: 786-425-1045 Fax: 786-425-3905 | Tel: 954-848-2460 Fax: 954-848-2470 | Tel: 813-223-6021 Fax: 813-223-6024 | Tel: 561-624-8233 Fax: 561-624-8940 | Tel: (212) 400-0626 |