

**WWW.MKCLAWGROUP.COM**
LAW OFFICES OF MICHAEL K. CHONG, LLC

| NEW YORK: | FORT LEE: | HOBOKEN: |
|---|---|---|
| 1250 BROADWAY, 36TH FL. STE. 300 | 2 EXECUTIVE DRIVE, STE. 240 | 300 HUDSON STREET. STE. 10 |
| NEW YORK, NEW YORK 10001 | FORT LEE, NEW JERSEY 07024 | HOBOKEN, NEW JERSEY 07024 |
| (212) 726-1104 | (201) 947-5200 | (201) 708-6675 |
| FAX (212) 726-3104 | FAX (201) 708-6676 | FAX (201) 708-6676 |

*Please Reply to: FORT LEE*

EMAIL:
BSHERR@MKCLAWGROUP.COM

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED: 4/3/23

## MEMO ENDORSED

March 31, 2023

<u>Via ECF</u>
Hon. Barbara C. Moses, United States Magistrate Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse

    Re:    *Kaloshi et al v. West Village Oasis, Inc. et al.*, 22 CV 4593 (ALC) (BCM)

Your Honor:

    This firm represents the plaintiffs in the above-referenced action. On behalf of Mr. Tenezaca, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, I move to extend the time to file the motion to dismiss as set forth in the March 9, 2023, order to April 3, 2023. There has been one such prior motion. I have tried to meet the Court's deadline this week despite an acute illness for which I saw my physician on Tuesday and an unusually high volume of work after being away last week. Currently, I need Mr. Tenezaca to return his signed declaration to me for filing, and he tells me he will be able to do so by Monday. My effort to obtain the defendants' position on this motion but contacting defendants' counsel earlier today was unsuccessful.

    I thank the Court for its time and consideration.

                        Respectfully submitted,
                        /s/
                        Brandon Sherr

Application GRANTED. Next time, counsel is advised to seek any necessary extension somewhat earlier than 10:50 p.m. on the day of the existing deadline. SO ORDERED.

*/s/ Barbara Moses*
Barbara Moses
United States Magistrate Judge
April 3, 2023