UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADRIANA KALOSHI, et al., | |
| Plaintiffs, | 22-CV-4593 (ALC) (BCM) |
| -against- | **ORDER** |
| WEST VILLAGE OASIS, INC., et al., | |
| Defendant. | |

**BARBARA MOSES, United States Magistrate Judge.**

    For the reasons discussed during today's conference, the parties shall serve their written discovery responses and produce documents no later than **June 20, 2023**. No later than **June 27, 2023**, the parties shall submit a joint letter proposing an amended discovery schedule.

Dated: New York, New York
       June 13, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**