UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADRIANA KALOSHI, et al.,

        Plaintiffs,

-against-

WEST VILLAGE OASIS, INC., et al.,

        Defendants.

22-CV-4593 (ALC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court is in receipt of defendants' answer to plaintiffs' amended complaint. (*See* Dkt. 66.) No later than **August 15, 2023**, the parties shall jointly propose a complete pretrial schedule, as directed on June 29, 2023. (*See* Dkt. 61.) If plaintiffs are still contemplating motion practice "with respect to conditional class certification and Rule 23 class certification," the proposed schedule shall include deadlines for such motions, as well as a deadline for summary judgment motions. (Dkt. 59.)

Dated: New York, New York
       August 8, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**