UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADRIANA KALOSHI, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> WEST VILLAGE OASIS, INC., d/b/a CASA LA FEMME SOUTH, et al., <br><br> Defendants. | 22-CV-4593 (AS) (BMC) <br><br> <u>ORDER</u> |

ARUN SUBRAMANIAN, United States District Judge:

     Pursuant to the Court's August 31, 2023 Order, ECF No. 31, the parties were required to file a joint letter, the contents of which are described in the Court's order, no later than September 13, 2023. To date, the parties have not filed a joint letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to September 29, 2023.

     SO ORDERED.

Dated: September 15, 2023
       New York, New York

                                                         ARUN SUBRAMANIAN
                                               United States District Judge