```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/2/2023__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADRIANA KALOSHI, et al.,

        Plaintiffs,

-against-

WEST VILLAGE OASIS, INC., et al.,

        Defendants.

22-CV-4593 (ALC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court is in receipt of plaintiffs' letter-motions, both dated November 1, 2023, seeking (i) to compel discovery (Dkt. 75); and (ii) an extension of time to file the parties' joint status letter, due that day. (Dkt. 76.)

    The request for an extension of time to file the joint status letter is GRANTED. The letter is now due **November 6, 2023**.

    Regarding the letter-motion to compel discovery, defendants are reminded that they "must respond promptly and in good faith to a request from another party to meet and confer[.]" Moses Ind. Prac. ¶ 2(b). Defendants shall, *after* meeting and conferring in good faith with plaintiff, file their responding letter no later than **November 7, 2023**. Plaintiff shall file any reply no later than **November 9, 2023**.

    The status conference scheduled for November 8, 2023 is ADJOURNED to **November 13, 2023**, at **10:00 a.m.** If the parties are unable to resolve their discovery dispute, the Court will hear argument on the motion to compel at the conference. It is the Court's practice, where possible, to resolve discovery disputes at the conference, without resort to formal motion practice.

    The Clerk of Court is respectfully directed to close the motion at Dkt. 76.

Dated:  New York, New York
          November 2, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**