UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADRIANA KALOSHI, et al.,

    Plaintiffs,

-against-

WEST VILLAGE OASIS, INC., et al.,

    Defendants.

22-CV-4593 (AS) (BCM)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/2023

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons stated on the record during today's conference, plaintiffs' letter-motion dated November 1, 2023 (Dkt. 75), seeking to compel responses to their document demands and interrogatories, is GRANTED IN PART and DENIED IN PART.

Defendants shall, no later than **November 22, 2023**:

1. Produce all documents within their possession, custody and control responsive to plaintiffs' Demands #1 and #2 (Dkt. 75-1 at 3) and update their written response to Demands # 1 and #2 in compliance with Fed. R. Civ. P. 34(b)(2)(B) and (C).

2. Produce all documents within their possession, custody and control responsive to Demand #4 (Dkt. 75-1 at 4), limited to the named plaintiffs' employment applications, onboarding documents, documents concerning setting or raising their wages, and any commendations, warnings, or discipline, and update their written response to Demand # 4 in compliance with Fed. R. Civ. P. 34(b)(2)(B) and (C).

3. Produce all documents within their possession, custody and control responsive to plaintiffs' Demands #5 and #6 (Dkt. 75-1 at 4), as to the named plaintiffs only, and update their written response to Demands # 5 and #6 in compliance with Fed. R. Civ. P. 34(b)(2)(B) and (C).

4. Answer Interrogatories #1, #2, #3, #4, #11, and #13. (Dkt. 75-2 at 3-6.) Interrogatory #1 is narrowed to require defendants to identify (a) each business entity that owned or operated Casa La Femme restaurant and (b) each individual with a majority or managing ownership interest in the restaurant, within the six years preceding the filing of this action.

All relief not specifically granted herein is DENIED.

Plaintiff's motion having been granted in part and denied in part, no expenses are awarded. *See* Fed. R. Civ. P. 37(a)(5)(C).

The deadline for all remaining fact discovery, including depositions, is EXTENDED to **January 12, 2024**. Plaintiffs' deadline to file a motion to certify a collective or a class action is EXTENDED to **February 2, 2024**.

Judge Moses will conduct a status conference on **January 4, 2024, at 11:00 a.m.**, in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse. No later than **January 2, 2024**, the parties shall submit a joint status letter outlining the progress of discovery to date. If no discovery controversies exist at that time, the parties may request that the conference be held telephonically.

The Clerk of Court is respectfully directed to close the motion at Dkt. 75.

Dated: New York, New York
November 13, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**