```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/4/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADRIANA KALOSHI, et al.,

        Plaintiffs,

-against-

WEST VILLAGE OASIS, INC., et al.,

        Defendants.

22-CV-4593 (ALC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons stated on the record during today's status conference, it is hereby ORDERED that:

1. <u>Discovery Schedule</u>. The fact discovery deadline is EXTENDED to **January 26, 2024**, for the limited purpose of completing the deposition of plaintiff Kaloshi. Otherwise, the deadline for all fact remaining discovery, including depositions, remains **January 12, 2024**.

2. <u>Supplemental Production</u>. No later than **January 10, 2024**, defendants shall produce the employee handbook in native format, or explain in writing why they cannot.

3. <u>Settlement</u>. A settlement conference will be scheduled for **January 25, 2024**, at **2:15 p.m.** The parties' confidential settlement letters shall be due no later than **January 22, 2024**. A separate scheduling order will issue outlining the parties' pre-conference obligations.

Dated: New York, New York
       January 4, 2024

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**