```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/2024
```

January 23, 2024

**MEMO ENDORSED**

<u>VIA ECF</u>

Hon. Barbara C. Moses, United States Magistrate Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse

       Re: *Kaloshi et al v. West Village Oasis, Inc. et al*, 22 CV 4593 (AS) (BCM)

Dear Judge Moses:

  We represent the parties in the above-entitled action and we submit this joint letter regarding the status of the settlement. The parties have a settlement in principle and the settlement agreement is in progress. The parties respectfully request the settlement conference be adjourned and the parties request until February 20, 2024 to finalize the settlement.

  We thank the Court for its time and consideration.

             Respectfully submitted,

             MKC Law Group LLC

             By: _/s/ Brandon Sherr_____
             Michael K. Chong
             mkchong@mkclawgroup.com
             Brandon D. Sherr
             bsherr@mkclawgroup.com
             2 Executive Drive, Suite 240
             Fort Lee, New Jersey 07024
             Telephone: (201) 947-5200
             Facsimile: (201) 708-6676
             **ATTORNEYS FOR PLAINTIFFS**

             Boyd Richards Parker & Colonnelli, P.L.

             By: _/s/ Jacqueline L. Aiello_____
             Jacqueline L. Aiello
             jaiello@boydlawgroup.com
             Lauren A. Zaprzalka
             Lzaprzalka@boydlawgroup.com
             1500 Broadway, Suite 505
             New York, New York 10036
             Telephone: (212) 400-0626
             **ATTORNEYS FOR DEFENDANTS**

---

Application GRANTED. The settlement conference scheduled for January 25, 2024 is ADJOURNED *sine die*. SO ORDERED.

The Clerk of Court is respectfully directed to terminate the motions at Dkts. 89 and 90.

_____
Barbara Moses
United States Magistrate Judge
January 24, 2024