

**MKC LAW GROUP**

WWW.MKCLAWGROUP.COM
LAW OFFICES OF MICHAEL K. CHONG, LLC

| NEW YORK: | FORT LEE: | HOBOKEN: |
|---|---|---|
| 1250 BROADWAY, 36TH FL. STE. 300 | 2 EXECUTIVE DRIVE, STE. 240 | 300 HUDSON STREET. STE. 10 |
| NEW YORK, NEW YORK 10001 | FORT LEE, NEW JERSEY 07024 | HOBOKEN, NEW JERSEY 07024 |
| (212) 726-1104 | (201) 947-5200 | (201) 708-6675 |
| FAX (212) 726-3104 | FAX (201) 708-6676 | FAX (201) 708-6676 |

*Please Reply to: FORT LEE*

EMAIL:
BSHERR@MKCLAWGROUP.COM

March 12, 2024

<u>Via ECF</u>
Hon. Arun Subramanian, United States Magistrate Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse

    Re:    *Kaloshi et al v. West Village Oasis, Inc. et al.*, 22 CV 4593 (AS) (BCM)

Your Honor:

    This firm represents the plaintiffs in the above-referenced action. The plaintiffs hereby move, with the defendants' consent, to extend the time to move to dismiss from today until April 1, 2024.

    The parties are still working on the settlement agreement in this action and seek this additional time to finalize those papers and the motion to dismiss. I seek an extension of this length also because the defendants' counsel Ms. Aiello and I both are presently out of town. We anticipate working to a resolution of this matter as soon as we each return. I appreciate the Court's continuing patience and consideration.

Respectfully submitted,
/s/
Brandon Sherr

Application GRANTED. The Clerk of Court is directed to terminate the motion at ECF No. 97.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: March 12, 2024