

**MKC LAW GROUP**

WWW.MKCLAWGROUP.COM
LAW OFFICES OF MICHAEL K. CHONG, LLC

| NEW YORK: | FORT LEE: | HOBOKEN: |
|---|---|---|
| 1250 BROADWAY, 36TH FL. STE. 300 | 2 EXECUTIVE DRIVE, STE. 240 | 300 HUDSON STREET. STE. 10 |
| NEW YORK, NEW YORK 10001 | FORT LEE, NEW JERSEY 07024 | HOBOKEN, NEW JERSEY 07024 |
| (212) 726-1104 | (201) 947-5200 | (201) 708-6675 |
| FAX (212) 726-3104 | FAX (201) 708-6676 | FAX (201) 708-6676 |

*Please Reply to: FORT LEE*

EMAIL:
BSHERR@MKCLAWGROUP.COM

April 22, 2024

*Via ECF*

Hon. Arun Subramanian, United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse

    Re:    *Kaloshi et al v. West Village Oasis, Inc. et al.*, 22 CV 4593 (AS) (BCM)

Your Honor:

    This firm represents the plaintiffs in the above-referenced action. The plaintiffs hereby move to extend time to move to dismiss this action.

    I last wrote the Court to explain that I had been out of the office while sick from COVID-19 and was expecting to return in a few days. However, a complication and then a successive illness kept me out of the office and unable to work much longer than I expected. I understand the Court rightly expects this motion and that the Court previously indicated it would not grant a further extension, but I am compelled to ask for one further extension to May 6. While I intend to complete this work as soon as possible, it would be unfair of me to impose that pressure on defendants' counsel for a situation affecting only me. I appreciate the Court's continuing patience and consideration.

    Respectfully submitted,

    Brandon Sherr

Application GRANTED. The Clerk of Court is directed to terminate the motion at ECF No. 102.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: April 23, 2024