UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADRIANA KALOSHI, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　-against-<br><br>WEST VILLAGE OASIS, INC., d/b/a CASA LA FEMME SOUTH, et al.,<br><br>　　　　　　　　　　Defendants. | 22-CV-4593 (AS) (BMC)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

　　On January 25, 2024, the Court ordered the parties to submit their settlement agreement and a joint letter explaining the basis for the proposed settlement no later than February 12, 2024. Dkt. 92. The Court has since granted the parties seven extensions of time to submit this material. *See* Dkts. 93, 96, 98, 101, 104, 105, 107. The Court's most recent order extended the deadline to May 28, 2024. To date, the material has still not been submitted.

　　Accordingly, the parties are hereby ORDERED to appear for a hearing before the Court on **May 31, 2024 at 4PM.** The conference will be held in Courtroom 15A, 500 Pearl Street, New York, NY 10007.

　　SO ORDERED.

Dated: May 29, 2024
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　ARUN SUBRAMANIAN
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge