UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADRIANA KALOSHI, et al.,

              Plaintiffs,

      -against-

WEST VILLAGE OASIS, INC., d/b/a CASA
LA FEMME SOUTH, et al.,

             Defendants.

22-CV-4593 (AS) (BMC)

<u>ORDER</u>

ARUN SUBRAMANIAN, United States District Judge:

      As stated on the record at the May 31, 2024 conference, the parties shall file the settlement agreement in this case no later than **June 3, 2024, at 12 PM**. The parties shall submit a joint letter, as described in Dkt. 92, no later than **June 10, 2024, at 12 PM**.

      SO ORDERED.

Dated: May 31, 2024
      New York, New York

                                           ARUN SUBRAMANIAN
                                         United States District Judge