

**MKC**
**LAW GROUP**

WWW.MKCLAWGROUP.COM
**LAW OFFICES OF MICHAEL K. CHONG, LLC**

| NEW YORK: | FORT LEE: | HOBOKEN: |
|---|---|---|
| 1250 BROADWAY, 36TH FL. STE. 300 | 2 EXECUTIVE DRIVE, STE. 240 | 300 HUDSON STREET. STE. 10 |
| NEW YORK, NEW YORK 10001 | FORT LEE, NEW JERSEY 07024 | HOBOKEN, NEW JERSEY 07024 |
| (212) 726-1104 | (201) 947-5200 | (201) 708-6675 |
| FAX (212) 726-3104 | FAX (201) 708-6676 | FAX (201) 708-6676 |

*Please Reply to: FORT LEE*

EMAIL:
BSHERR@MKCLAWGROUP.COM

June 4, 2024

*Via ECF*
Hon. Arun Subramanian, United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse

     Re:    *Kaloshi et al v. West Village Oasis, Inc. et al.*, 22 CV 4593 (AS) (BCM)

Your Honor:

    This firm represents the plaintiffs in the above-referenced action. I enclose the settlement agreement pertaining to the Fair Labor Standards Act claims in this action.

                                  Respectfully submitted,

                                  Brandon Sherr