UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADRIANA KALOSHI, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> WEST VILLAGE OASIS, INC., d/b/a CASA LA FEMME SOUTH, et al., <br><br> Defendants. | 22-CV-4593 (AS) (BMC) <br><br> <u>ORDER</u> |

ARUN SUBRAMANIAN, United States District Judge:

On June 11, 2024, Plaintiffs submitted a motion requesting approval of the parties' settlement. Among other things, the settlement agreement provides for payment of Plaintiffs' attorney's fees by Defendants. Before approving or rejecting the proposed settlement, Plaintiffs' counsel is directed to submit its billing records, invoice, or equivalent information regarding its work on to the Court on or before **June 17, 2024**.

SO ORDERED.

Dated: June 12, 2024
New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge