UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADRIANA KALOSHI and MISHELE KOROVESHI,<br><br>         Plaintiffs,<br><br>   -against-<br><br>WEST VILLAGE OASIS, INC., d/b/a CASA LA FEMME SOUTH; et al.,<br><br>         Defendants. | 22-cv-4593 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Pursuant to the Court's June 28, 2024 Order, ECF No. 122, the parties were required to file a Rule 41 dismissal with respect to the remaining claims no later than **July 8, 2024**. To date, the parties have not done so. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **July 11, 2024.** If that deadline passes with no submission, the remaining claims will be dismissed for failure to prosecute and the case closed.

  SO ORDERED.

Dated: July 10, 2024
   New York, New York

                      _____
                       ARUN SUBRAMANIAN
                      United States District Judge