The Clerk of Court is directed to close the case.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: July 12, 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
ADRIANA KALOSHI and MISHELE KOROVESHI individually and in behalf of all other persons similarly situated,

                                              Plaintiffs,

v.

WEST VILLAGE OASIS, INC., d/b/a CASA LA FEMME SOUTH; ANASTASIOS HAIRATIDIS; AMIR IBRAHIM; and MEDHAT IBRAHIM; jointly and severally,

                                              Defendants.
-----------------------------------------------------------------------X

Case No.: 22-CV-4593

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsels that the above-captioned action is voluntarily dismissed, with prejudice and without costs as against all defendants, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated:     New York, New York
            July 11, 2024

| | |
|---|---|
| MKC Law Group LLC | Boyd Richards Parker & Colonnelli, P.L. |
| _____ | /s/ Jacqueline L. Aiello |
| Michael K. Chong | Jacqueline L. Aiello |
| mkchong@mkclawgroup.com | jaiello@boydlawgroup.com |
| Brandon D. Sherr | Lauren Zaprzalka |
| bsherr@mkclawgroup.com | Lzaprzalka@boydlawgroup.com |
| 2 Executive Drive, Suite 240 | 1500 Broadway, Suite 505 |
| Fort Lee, New Jersey 07024 | New York, New York 10036 |
| Telephone: (201) 947-5200 | Telephone: (212) 400-0626 |
| Facsimile: (201) 708-6676 | **ATTORNEYS FOR DEFENDANTS** |
| **ATTORNEYS FOR PLAINTIFFS** | |